**Larry DENTON, on behalf of Sandin DENTON, minor, Plaintiff—Appellant**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant— Appellee.**

**No. 08–10497**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2008.

Suite A, Amarillo, TX, for Plaintiff–Appellant.

Dale Gordon Bryant, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Amarillo, TX, for Defendant–Appellee.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Larry Denton, on behalf of his minor son, Sandin Denton, seeks review of the district court judgment affirming the Commissioner of Social Security's decision that Sandin Denton is not disabled and therefore not entitled to Supplemental Security Income payments under Sections 1602 and 1614(a)(3)(C) of the Social Security Act. After a review of the briefs, the record, and the applicable law, we find no reversible error. Essentially for the reasons stated in the report and recommendation of the magistrate judge, which was adopted by the district court, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.